Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. District Court
District of Kansas

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Wichita Division

SEP 0 5 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Great Dey Ministries on behalf of
Season Micheaux

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sara Tolson - Family Support Worker
John McReynolds  Supervisor

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 6:23-cv-1188-JAR-BGS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Great Dey Ministries - Latisah Minister on behalf of Season Miches |
| Address | P O Box 782862 |
| City | Wichita |
| State | KS |
| Zip Code | 67278 |
| County | Sedgwick |
| Telephone Number | 3162850231 |
| E-Mail Address | greatdeyministries@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sara Tolson or Tulson |
| Job or Title *(if known)* | Case Manager @ St Francis Ministries |
| Address | 8610 E MILLRUN ST |
| City | Wichita |
| State | Ks |
| Zip Code | 67226 |
| County | Sedgwick |
| Telephone Number | C:316-393-7650 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | John McReynolds |
| Job or Title *(if known)* | Sara's director or Supervisor |
| Address | 4155 E Harry, c/o St Francis Ministrys |
| City | Wichita |
| State | |
| Zip Code | |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   City    State    Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   City    State    Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity    [ ] Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      [ ] Federal officials (a *Bivens* claim)

      [✓] State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      1. Fourth Amendment- The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Fourth Amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Requesting a invasive hair follicle test with out a warrant or court order, and used the services of Wichita's finest (PD) to abduct offspring in the event there was a refusal to test, which there was. And now offspring is being used as a bargaining tool against mom, to force compliance.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Sara Tolson arrived at 4828 Kensington Wichita kansas with police, Requesting a invasive hair follicle test with out a warrant or court order, and used the services of Wichita's finest (PD) to abduct offspring in the event there was a refusal to test, which there was. And now offspring is being used as a bargaining tool against mom, to force compliance.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Sept. 1st 2023 between 1 and 4p
Sara Tolson invaded my home with police, other officials which is above and beyond her authority with no due process of law or probable cause, especially without a warrant. did seize my property (offspring) because Mom refused the hair test knowing her 5th amendment was being violated.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

:Sara Tolson and her supervisor John did violate Season 's 4th amendment by taking her child because season refused to give hair follicle because she was sick, couldn't walk. she informed Sara of her illness about 24 hrs prior to the invasion but sara called in the police for unknown reason appearing to force Season to do hair test. Season had already consented to a test a couple of months ago. She told sara that she is not going to allow them to keep cutting her hair but she would do any drug test like urine, swab, blood. That was not good enough for sara Tolson and her supervisor John. Sara had no warrant or count order from judge ordering such test After taking the offspring, Sara participated in violating 18 USC 241/242 by telling mom, Season that if she (sara) would return her offspring in the event she does the hair follicle test. Threating and intimidating and forced servitude - 1581 of Title 18 makes it unlawful to hold a person in "debt servitude," or peonage, which is closely related to involuntary servitude. Section 1581 prohibits using force, the threat of force, or the threat of legal coercion to compel a person to work against his/her will. (supply Drug Test against her will.
it is a fact that Social workers and family support workers at St. Francis Ministries do not have the
have the authority to order a hair follicle test without a court order or warrant.
My Daughter was a witness.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental, no treatment yet
Emotional no treatment yet
amplified physical illness made worse due to the stress placed by Sara Tolson.- emergency room visit. given pain and stress medication.

V. **Relief** *Trial designation Wichita*

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PLEASE

   1. Declare that the social worker's actions violated your constitutional rights. This means that the court would officially rule that the social worker's actions were illegal and that they violated your rights.

   2. Prevent the social worker from engaging in similar conduct in the future. This means that the court would order the social worker not to order hair follicle tests without a warrant or probable cause in the future.

   3. Award you damages for the harm caused by the social worker's actions. This means that the court would order the social worker to pay you money to compensate you for the harm that they caused you, such as emotional distress or financial loss.

   4. Order the social worker to pay your attorney fees and costs. This means that the court would order the social worker to pay the costs of your attorney, such as the fees for filing the lawsuit and appearing in court.

   5. Return Property (offspring) Order St Francis Sara Tolson et al to Cease and Desist in form of an injunction or restraining order.

*[Signature: Jegson Micheaux]*
*(UCC-1-308)*