IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GREAT DEY MINISTRIES,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**SARA TOLSON, et al.,**<br><br>　　**Defendants.** | Case No. 23-1188-JAR |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on September 15, 2023 (Doc. 8). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Brooks G. Severson, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision to dismiss the case for lack of standing and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that, in accordance with the September 15, 2023 Report and Recommendation (Doc. 8), this case is DISMISSED.

**IT IS SO ORDERED.**

Dated: October 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　S/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE